**Fill in this information to identify the case:**

**Debtor 1** Cassandra M. Callahan-Edwards

**Debtor 2** _____
(Spouse, if filing)

**United States Bankruptcy Court for the:** Central

**District of:** Illinois
(State)

**Case number:** 16-90485

Form 4100N

# Notice of Final Cure Payment

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** Newrez LLC

**Court claim no. (if known):** 18

**Last 4 digits of any number you use to identify the debtor's account:** 1916

**Property address:** 1424 May St.
Number       Street

Danville, IL 61832
City       State       ZIP Code

## Part 2: Cure Information

**Total cure disbursements made by the trustee:** **Amount**

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) | $3,319.83 |
| b. | Prepetition arrearage paid by the Trustee: | (b) | $3,319.83 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | (d) | |
| e. | Allowed postpetition arrearage: | (e) | |
| f. | Postpetition arrearage paid by the Trustee: | +(f) | |
| g. | **Total.** Add Lines b, d, and f. | (g) | $3,319.83 |

Form 4100N       Notice of Final Cure Payment       page 1

**Debtor 1**  Cassandra M. Callahan-Edwards          Case number (if known) 16-90485
First Name   Middle Name   Last Name

### Part 3: Postpetition Mortgage Payment

*Check one:*

_____ Mortgage is paid through the trustee.

    Current monthly mortgage payment: _____

The next postpetition payment is due on: _____
    MM / DD / YYYY

__X__ Mortgage is paid directly by the debtor(s).

### Part 4: A Response is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the Trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✖ /s/ Marsha L. Combs-Skinner                    Date  August 11, 2021
Signature

Trustee  Marsha L. Combs-Skinner
First Name   Middle Name   Last name

Address  P.O. Box 349
Number   Street

Newman, IL 61942
City          State   ZIP Code

Contact Phone  (217) 837-9730          Email  Trusteecs@ch13cdil.com

Form 4100N          Notice of Final Cure Payment          page 2

# Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was served upon, Robert P. Follmer, Attorney for the Debtor, Edward H. Cahill, Attorney for Newrez LLC, and the United States Trustee, by electronic notification through ECF on August 11, 2021, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Cassandra M. Callahan-Edwards
1424 May St.
Danville, IL 61832

Newrez LLC
dba Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

U.S. Bank Trust National Assoc.
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Edward H. Cahill
Manley, Deas, Kochalski, LLC
P.O. Box 165028
Columbus, OH 43216-5028

By: /s/ Marsha L. Combs-Skinner
Marsha L. Combs-Skinner
Chapter 13 Standing Trustee